IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CLARENCE J. BOUDREAUX, #1168605 | § | |
| VS. | § | CIVIL ACTION NO. 6:17cv667 |
| SARAH PIERSON, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Clarence J. Boudreaux, an inmate confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit. The lawsuit was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that case should be dismissed. Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Plaintiff, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by Plaintiff are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court. It is accordingly

**ORDERED** that the complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). All motions not previously ruled on are hereby **DENIED**.

**SIGNED this the 10th day of August, 2018.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE